Order entered October 18, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00439-CV

### KIMZEY WASH, LLC, Appellant

### V.

### LG AUTO LAUNDRY, LP, Appellee

**On Appeal from the 429th District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02079-2010**

## ORDER

The Court has before it appellant's October 15, 2012 unopposed motion to extend time to file its reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by November 12, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE